IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JO A FARMER**                                                                                      **PLAINTIFF**

v.                                           Case No. 3:20-cv-00386-JTK

**KILOLO KIJAKAZI**                                                                              **DEFENDANT**
**Acting Commissioner**
**Social Security**[1]

**ORDER**

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. Doc. No. 17. Upon examination of the merits of this case, this Court grants the motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

SO ORDERED THIS 24th day of November, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).